IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:26-CV-857

| | |
|---|---|
| **ADAM BLOWE,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CAROMONT HEALTH, INC.,**<br><br>**Defendants.** | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on its own motion following the filing of a Motion to Dismiss by Defendant, (Doc. No. 3), on October 16, 2026.

In accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding pro se, that she/he has a right to respond to Defendant's motion.[1] The Court also advises Plaintiff that failure to respond may result in Defendant being granted the relief Defendant seeks—that is, dismissal of the Complaint.

[1] The Fourth Circuit did not hold in *Roseboro* that such notice is required for motions to dismiss. Rather, the Fourth Circuit's discussion in *Roseboro* regarding notice was directed to summary judgment motions. *See Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 1975) ("We agree with the plaintiff, however, that there is another side to the coin which requires that the plaintiff be advised of his right to file counter-affidavits or other responsive material and alerted to the fact that his failure to so respond might result in the entry of summary judgment against him."); *see also Norman v. Taylor*, 25 F.3d 1259, 1261 (4th Cir. 1994) ("In *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), this circuit held that pro se plaintiffs must be advised that their failure to file responsive material when a defendant moves for summary judgment may well result in entry of summary judgment against them."). Nevertheless, courts routinely issue Roseboro notices for motions to dismiss, and the Court does so here.

**IT IS THEREFORE ORDERED** that Plaintiff shall respond to the pending Motion to Dismiss, (Doc. No. 3), within twenty-on (21) days from the filing of this Order. If Plaintiff fails to respond in that time, the Court will proceed to consider Defendant's motion without a response.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: November 12, 2026

Kenneth D. Bell
United States District Judge